877 A.2d 262

IN THE MATTER OF MARY H. RICHARDSON, AN ATTORNEY
AT LAW (ATTORNEY NO. 026451987).

July 15, 2005.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05-033, concluding that **MARY H. RICHARDSON** of **NEW BRUNSWICK**, who was admitted to the bar of this State in 1987, should be suspended from the practice of law for a period of six months for violating *RPC* 1.15(a)(failure to safeguard funds), *RPC* 1.15(b)(failure to promptly deliver funds), *RPC*

1.15(d) and *Rule* 1:21–6 (recordkeeping violations), *RPC* 3.2(failure to expedite litigation), *RPC* 3.2(a)(fairness to opposing party and counsel), *RPC* 4.1(truthfulness in statements to others), *RPC* 8.4(b)(criminal conduct that reflects adversely on an attorney's honesty, trustworthiness or fitness as a lawyer), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and RPC 8.4(d)(conduct prejudicial to the administration of justice); and good cause appearing;

It is ORDERED that **MARY H. RICHARDSON** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective August 10, 2005; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.